On considering the petition of relator in the above entitled and numbered cause:

It is ordered that the Honorable Matthew S. Braniff, Judge, Criminal District Court, Parish of Orleans, issue commissions permitting the relator, Maryland National Insurance Company, to take the depositions of Mr. W. Hardie Davis and Mr. William Stroud in Miami, Florida.

It is further ordered that in the event the respondent judge fails to comply with the aforesaid order on or before March 26, 1970, that a writ of certiorari issue herein directing the trial judge to transmit to the Supreme Court of Louisiana, the record in duplicate, or a certified copy of the record in duplicate, in this proceeding and that said judge shall show cause in this Court on June 10, 1970 at 11:00 a. m. why the petition of relator should not be granted.

Casualty Company and Certain Underwriters at Lloyds applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So. 2d 395.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

The application is granted but limited to a consideration of the correctness of that portion of the Court of Appeal's judgment set forth in paragraphs (1), (2) and (3) of its decree. In all other respects the application for certiorari is denied.

BARHAM, J., does not participate.

232 So.2d 75

**Mrs. Vera MOAK et al.**

**v.**

**LINK–BELT COMPANY et al.**

**No. 50380.**

March 12, 1970.

In re: American Sugar Company, Factory Insurance Association, Continental

232 So.2d 75

**Mrs. Vera MOAK, et al.**

**v.**

**LINK–BELT COMPANY et al.**

**No. 50382.**

March 12, 1970.

In re: Link–Belt Company applying for certiorari, or writ of review, to the Court

of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 395.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

The application is granted but limited to a consideration of the correctness of that portion of the Court of Appeal's judgment set forth in paragraphs (1), (2) and (3) of its decree. In all other respects the application for certiorari is denied.

BARHAM, J., does not participate.

232 So.2d 76

**Mrs. Vera MOAK et al.**

**v.**

**LINK–BELT COMPANY et al.**

No. 50387.

March 12, 1970.

In re: American Mutual Liability Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So. 2d 395.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

The application is granted but limited to a consideration of the correctness of that portion of the Court of Appeal's judgment set forth in paragraphs (1), (2) and (3) of its decree. In all other respects the application for certiorari is denied.

BARHAM, J., does not participate.

232 So.2d 76

**Mrs. Vera MOAK et al.**

**·v.**

**LINK–BELT COMPANY et al.**

No. 50388.

March 12, 1970.

In re: Link-Belt Company (now a division of FMC Corporation) and Liberty Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 229 So.2d 395.

It is ordered that the writ of review issue; that the Court of Appeal send up the